JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IREN ANDERSON, | Case No. ED CV 21-1812 FMO (SPx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| US DEPARTMENT OF EDUCATION, | |
| Defendant. | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

Dated this 7th day of March, 2022.

/s/
Fernando M. Olguin
United States District Judge